JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Samuel Zarian,<br><br>    Plaintiff,<br><br>    v.<br><br>West Seventeenth Associates, LLC, et al,<br><br>    Defendant(s).<br>_____ | SACV 15-01585 JVS (JCGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   May 2, 2016

_____
James V. Selna
United States District Judge